IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JONAS RESENDIZ, et al. | § § | |
| VS. | § § | CIVIL ACTION NO. 4:17-CV-252-Y |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, et al. | § § § | |

FINAL JUDGMENT OF REMAND

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby REMANDED to the 153rd Judicial District Court, Tarrant County, Texas. All costs of Court under 28 U.S.C. § 1920 shall be borne by the party incurring same.

SIGNED September 19, 2017.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE