# United States District Court
Northern District of Texas

Karen Mitchell  
Clerk of Court

Fort Worth Division

9/19/17

153rd Judicial District Court of Tarrant Co, TX  
100 N Calhoun Street  
Fort Worth, TX  76102

RE: Remand of Civil Case

    Style: Jonas Resendiz et al vs. Allstate Vehicle and Property Ins Co.  4:17-cv-252-Y

Dear Clerk:

    Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned case back to the      153rd Judicial District Court, Tarrant Co, TX      , 153-290519-17 along with a copy of the docket sheet.

    If you have any questions regarding this matter, I may be reached at 817/850-6612 .

Sincerely,  
Karen Mitchell, Clerk

By: _____  
    Deputy Clerk

Enclosure

cc: